IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00487–CMA–KMT


MARK BAKER, and
MELISSA BAKER,

      Plaintiffs,

v.

PROFESSIONAL FINANCE COMPANY, INC.,
TRANSUNION LLC,
EQUIFAX INC.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Amend Complaint" (#10, filed March 8, 2010) is GRANTED.  The Clerk of Court shall file the "Amended Complaint for Damages" attached as #10-2 to the Motion.

Dated: March 8, 2010