IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00487–CMA–KMT

MARK BAKER, and
MELISSA BAKER,

    Plaintiffs,

v.

PROFESSIONAL FINANCE COMPANY, INC.,
TRANSUNION LLC,
EQUIFAX INC.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

---

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter is before the court on "Defendants' Motion for Protective Order." (Doc. No. 77, filed June 29, 2010.) On July 1, 2010, the court issued a Minute Order ordering Plaintiffs to file their response to Defendants' Motion no later than July 8, 2010. (Doc. No. 79.) Plaintiffs have not filed a response. Accordingly, "Defendants' Motion for Protective Order" (Doc. No. 77) is GRANTED. The Protective Order will be entered.

Dated: July 14, 2010.