**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No. 10-cv-00487-CMA-KMT | FTR - Courtroom C-201 |
| Date: July 19, 2010 | Deputy Clerk: J. Chris Smith |
| MARK BAKER and<br>MELISSA BAKER<br><br>     Plaintiffs,<br><br>v.<br><br>PROFESSIONAL FINANCE COMPANY, INC.,<br>EQUIFAX INFORMATION SERVICES LLC.,<br>EQUIFAX, INC.,<br>TRANS UNION LLC and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>     Defendants. | Mark E. Kraynak<br><br><br><br><br><br>Louis L. Galvis<br><br><br><br>Martin E. Thornthwaite by *telephone*<br>Rana Nadar by *telephone* |

**COURTROOM MINUTES / MINUTE ORDER**

**Hearing on Pending Motions**

**9:05 a.m.**    **Court in session.**

Melissa Baker, Devenei Ball, Ryan Boettcher and Michael Shoop are present.

Court calls case. Appearances of counsel.

9:09 a.m.    Argument by Mr. Kraynak and Mr. Galvis re: [59].

Court makes findings and conclusions as stated on record.

**ORDERED:    Opposed Motion to Compel and For Sanctions, filed June 9, 2010 [59], is denied. PFC's objections are late but preserved.**

9:23 a.m.    Mr. Galvis and Mr. Kraynak answer questions asked by the Court regarding procedure and parties' respective positions [45].

9:32 a.m.    Defendant PFC's witness Devenei Ball, sworn.
Direct examination of Ms. Ball by Mr. Galvis.

July 19, 2010
10-cv-00487-CMA-KMT

9:56 a.m.        Cross examination of Ms. Ball by Mr. Kraynak.

**10:25 a.m.        Court in recess.**
**10:40 a.m.        Court in session.**

Counsel appearing by telephone state they will remain on the line.

10:41 a.m.        Redirect examination of Ms. Ball by Mr. Galvis.

10:45 a.m.        Defendant PFC's witness Ryan Boettcher, sworn.
Direct examination of Mr. Boettcher by Mr. Galvis.

11:07 a.m.        Cross examination of Mr. Boettcher by Mr. Kraynak.
11:19 a.m.        Redirect examination of Mr. Boettcher by Mr. Galvis.
11:21 a.m.        Recross examination of Mr. Boettcher by Mr. Kraynak.

Statements by Mr. Galvis.

Discussion between Court and Mr. Kraynak regarding testifying.

11:25 a.m.        Plaintiff Melissa Baker sworn.
Direct examination of Ms. Baker by Mr. Kraynak.

11:30 a.m.        Cross examination of Ms. Baker by Mr. Galvis.
11:33 a.m.        Further examination of Ms. Baker by Mr. Kraynak.

Ms. Baker answers questions asked by the Court.

11:36 a.m.        Further examination of Ms. Baker by Mr. Kraynak.

Counsel appearing by telephone state no questions.

11:37 a.m.        Counsel Mark E. Kraynak sworn.
Statement by Mr. Kraynak.

Mr. Thornthwaite asks Mr. Kraynak a question regarding notes.
Mr. Kraynak answers questions asked by the Court.

Discussion regarding production of notes made by plaintiff Melissa Baker.

**ORDERED:   Mr. Kraynak shall produce notes requested by July 21, 2010.**

Discussion regarding initial disclosures and production of documents.

11:46 a.m.        Argument by Mr. Galvis.

July 19, 2010
10-cv-00487-CMA-KMT

| | |
|---|---|
| 11:50 a.m. | Argument by Mr. Kraynak. |
| 12:00 p.m. | Rebuttal argument by Mr. Galvis. |
| 12:01 p.m. | Further argument by Mr. Kraynak. |
| 12:04 p.m. | Further argument by Mr. Galvis. |

Counsel appearing by telephone decline making arguments.

Court makes findings of fact and conclusions of law as stated on record.

**ORDERED:** **Defendant Professional Finance Company, Inc.'s Opposed Motion to Disqualify Plaintiffs' Counsel, filed May 17, 2010 [45], is granted to the extent that Mr. Kraynak is prohibited from representing the plaintiff at trial, at any deposition or any other hearing that could be a subject at trial.**

Plaintiff's Oral Motion to Stay the Case by Mr. Kraynak.
Discussion regarding stay and scheduling deadlines.

**ORDERED:** **Plaintiff's Oral Unopposed Motion to Stay the Case (all aspects) is granted until September 8, 2010.**
**Discovery cutoff deadline is extended to December 8, 2010.**
**Dispositive motions deadline is extended to January 10, 2011.**
**Affirmative Expert Disclosure deadline is extended to October 8, 2010.**
**Rebuttal Expert Disclosure deadline is extended to November 8, 2010.**
**Joint Status Report due September 8, 2010** (addressing status of attorney representing plaintiffs, deadlines set, settlement, pending motion to amend and plaintiffs' counsel will be responsible for taking the lead in drafting the status report)**.**
**Settlement Conference set for September 8, 2010 is vacated.**
**Final Pretrial Conference rescheduled to March 8, 2011 at 9:00 a.m.**

**12:28 p.m.** **Court in recess.**

Hearing concluded.
Total In-Court Time 3 hrs. 8 min.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.