IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00487-CMA-KMT

MARK BAKER, and
MELISSA BAKER,

    Plaintiffs,

v.

PROFESSIONAL FINANCE COMPANY, INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC,
EQUIFAX INC., and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 112).  The Court having considered the Stipulation of Dismissal, hereby

ORDERS that Plaintiffs' claims against Defendants and Defendants' counterclaims against Plaintiffs are dismissed on their merits and this action is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

    DATED:  November   23  , 2010

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Court Judge